MICHAEL BARNES (State Bar No. 121314)
STEPHANIE DUCHENE (State Bar No. 234896)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472
Email: mbarnes@sonnenschein.com;
       sduchene@sonnenschein.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

ELLIOTT M. PISOR (State Bar No. 045765)
PISOR & DEAR
One Kaiser Plaza, #1585
Oakland, CA 94612
Telephone: (510) 763-4800
Facsimile: (510) 444-5859

Attorney for Defendant
ELIZABETH STRAUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>JOHANN REYES and ELIZABETH STRAUB, individuals,<br><br>            Defendants. | Case No. C 05 02370 MMC<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON<br>[FED.R.CIV.P. 41(a)(1)] |

### STIPULATION

WHEREAS this action seeks declaratory relief concerning insurance coverage for an underlying tort action in the Alameda Superior Court; and

WHEREAS the underlying action has settled in its entirety; and

1  WHEREAS declaratory relief is no longer necessary in view of the underlying settlement;

2  NOW, therefore, the parties that have appeared in this action hereby stipulate, through their counsel of record, that this action should be dismissed in its entirety without prejudice, with the parties to bear their own costs and attorneys' fees incurred herein.

**IT IS SO STIPULATED.**

Dated: November 3, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
       MICHAEL BARNES

Attorneys for Plaintiff ALLSTATE INSURANCE COMPANY

Dated: November 3, 2005

PISOR & DEAR

By _____
       ELLIOTT M. PISOR

Attorneys for Defendant ELIZABETH STRAUB

**ORDER**

In view of the foregoing stipulation, and good cause appearing therefor, the Court finds that this action should be, and hereby is, dismissed in its entirety without prejudice, with each side to bear its own costs and attorneys' fees

**IT IS SO ORDERED.**

Dated: November 9, 2005

_____
Hon. Maxine M. Chesney
United States District Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
685 MARKET STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000